

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2014

No. 04-14-00206-CV

**PMSALS 1, LLC,**
Appellant

v.

**ROSENTHAL PAUERSTEIN SANDOLOSKI AGATHER LLP** and Jonathan Starr,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17620
Honorable Olin B. Strauss, Judge Presiding

# O R D E R

On May 5, 2014, appellant was ordered to provide written proof that the fee for preparing the clerk's record had been paid. On May 12, 2014, appellant filed a receipt showing proof of payment. It is therefore ORDERED that the clerk's record be filed in this appeal no later than ten days from the date of this order.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court